SULLIVAN.

## GILMORE *v.* DODGE.

The stated salary of a judge of probate is payment in full for his official services, except when acting for a disqualified judge, or when attending for a person who, for sufficient cause, is unable, when required, to attend in person at a regular term.

APPEAL, from a decree of the judge of probate, allowing the defendant's account as executor. Among other items allowed were two for cash paid the judge of probate for his services by the executor. From the allowance of these the plaintiff appealed. It did not appear that the services for which the judge was paid came within the provisions of *s.* 10 or *s.* 13, *c.* 170, Gen. St.

*S. H. Edes*, for the plaintiff.

*Wait*, for the defendant.

STANLEY, J. The statute fixes the salary of the judge of probate, and the sum fixed is all the compensation he is entitled to receive for the discharge of all the duties pertaining to his office, with the exceptions stated in *ss.* 10 and 13 of *c.* 170, Gen. St.

The fees paid the judge in this case having been illegally paid and illegally received, are disallowed, and are struck out of the executor's account.

*Decree modified accordingly.*

ALLEN, J., did not sit.